UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

**Name of Debtor:** Darryl Kinney

**Address:** 309 Berwick Blvd

**City, State, Zip:** Waukegan IL 60085

**Case No.:** 16-62039

**Telephone No.:** 404 302 7672

## PRO SE AFFIDAVIT TO ACCOMPANY PETITION FOR ORDER OF RELIEF

I, the undersigned, being under oath and declare under penalty of perjury, that I do not have an attorney to represent me in this case, that I represent myself in this case, that I am the petitioner in the above-stated bankruptcy case under Title 11 of the United States Code, and that the answers given below are true according to the best of my knowledge, information and belief.

Did anyone assist you in any way in the preparation of this petition?
ANSWER: YES ☐  NO ☒

If someone did assist you, list their name and address:

NAME: _____

ADDRESS: _____

CITY, STATE, ZIP CODE: _____

TELEPHONE NUMBER: 404 302 7672

Did the person assisting you charge or collect any money for helping you in any way?
ANSWER: YES ☐  NO ☒  IF "YES", HOW MUCH ($_____)

Have you filed a bankruptcy case in the past?
ANSWER: YES ☐  NO ☒

If you have filed a bankruptcy case in the past, list the case number, chapter and judge:
Did but changed jurisdiction here

_____ PRO SE PETITIONER

Subscribed and sworn to before me on the 11th day of July, 2016

_____ NOTARY PUBLIC

_____ DEPUTY CLERK (N. Gillard)

F61 (psafd) 04/04